JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 12-07199-MWF (VBKx)**               Date:   **September 17, 2012**

Title:      Southstar III, LLC -v- Ricardo Sanchez, et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                            None Present

PROCEEDINGS (IN CHAMBERS):  ORDER REMANDING ACTION TO STATE COURT

On August 24, 2012, the Court issued an Order to Show Cause Re: Remand to State Court. (Docket No. 5). The Notice of Removal filed by Defendant Ricardo Sanchez had not adequately demonstrated that removal in this case was appropriate. (Docket No. 1).

On September 5, 2012, Sanchez filed a First Amendment [of] Notice of Removal (Docket No. 6), which the Court construes as a response to the Order to Show Cause. The response fails to demonstrate that federal subject matter jurisdiction exists in this case.

Accordingly, this action is REMANDED to the California Superior Court.

IT IS SO ORDERED.